# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| RICHARD MARTIN, JR., RICHARD FIDLER AND TAMMI IAMS | : No. 93 WAL 2023 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Commonwealth |
| | : Court |
| | : |
| DONEGAL TOWNSHIP, JAMES BAUER, RANDY POLAN, ED SHINGLE, KATHLEEN CROFT AND WASHINGTON COUNTY BOARD OF ELECTIONS | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: DONEGAL TOWNSHIP, JAMES BAUER, RANDY POLAN, EDWARD SHINGLE, JR. AND KATHLEEN CROFT | : |
| | : |
| | : |
| | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2023, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issue. The issue, as stated by petitioner, is:

    Whether Section 402(e) of the Second Class Township Code, 53 P.S. § 65402(e), is constitutional as applied when, pursuant to its terms, the number of township supervisors is reduced by referendum from five to three, thereby abolishing two supervisor seats?